

IN THE
TENTH COURT OF APPEALS

No. 10-09-00160-CR

THE STATE OF TEXAS,

Appellant

v.

BRIAN KEITH GRISHAM,

Appellee

From the 12th District Court
Walker County, Texas
Trial Court No. 24254

## MEMORANDUM  OPINION

The State has filed a motion to dismiss its appeal.  *See* TEX. R. APP. P. 42.2(a).  We

have not issued a decision in this appeal.  Accordingly, the appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Dismissed
Opinion delivered and filed November 4, 2009
Do not publish
[CR25]